

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 19 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

PRAECIPE FOR SUMMONS

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:19cr145DPJ-FKB

MARIA EMILIA PEREZ-BRAVO
 (Wherever Found)

The Clerk of said Court will issue summons returnable on October 1, 2019, at 8:00 a.m., before F. Keith Ball, United States Magistrate Judge at 501 E. Court Street, Jackson, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on August 19, 2019.

This 19th day of September, 2019.

                          D. Michael Hurst, Jr.
                          United States Attorney

                          _____ on behalf of
                          Mary Helen Wall
                          Assistant United States Attorney
                          MS Bar #100857

Summons issued: _____

MHW/ICE